# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Advanced Systems Technology ) ASBCA No. 61441
  Management Inc. )
)
Under Contract No. N00178-05-D-4165 *et al.* )

APPEARANCES FOR THE APPELLANT:     Stephen J. McBrady, Esq.
    Skye Mathieson, Esq.
      Crowell & Moring LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
      DCMA Chief Trial Attorney
    Samuel W. Morris, Esq.
      Trial Attorney
      Defense Contract Management Agency
      Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 1, 2019

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

    I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61441, Appeal of Advanced Systems Technology Management Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals